UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CURTIS BAILEY**                                       CIVIL ACTION

**VERSUS**                                              NO. 10-4015

**BURL CAIN**                                           SECTION "I"(2)

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Curtis Bailey, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Curtis Bailey's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __5th__ day of April, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE